# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| SCHUFF STEEL COMPANY § <br> § <br> v. § <br> § CIVIL ACTION NO. 3:25-CV-1731-S <br> TRAVELERS CASUALTY AND § <br> SURETY COMPANY and ARCHER § <br> WESTERN CONSTRUCTION, LLC § | |

## ORDER

Before the Court is the parties' Joint Motion to Compel Arbitration and Stay Litigation ("Motion") [ECF No. 8]. Having considered the Motion, the Court finds that an agreement, including an arbitration provision, exists between the parties, and **GRANTS** the Motion. Plaintiff's claims against Defendants herein are stayed. *See* 9 U.S.C. § 3. It is therefore **ORDERED** that this case is administratively closed pending resolution of the arbitration.

**SO ORDERED.**

SIGNED August 4, 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE